**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

David Gulbrandson,                )   No. CV-98-02024-PHX-SMM
                                  )
              Petitioner,         )   DEATH PENALTY CASE
                                  )
v.                                )
                                  )
                                  )   **ORDER**
Dora B. Schriro, et al.,          )
                                  )
              Respondents.        )
                                  )
                                  )

Before the Court is Petitioner's request for authorization of federal habeas counsel to appear in state court litigation. (Doc. 96.) Having reviewed the motion, the Court finds good cause to permit Petitioner's federally-appointed counsel to represent him in a successive state post-conviction proceeding under Rule 32 of the Arizona Rules of Criminal Procedure. *See* 18 U.S.C. § 3599(e); *Harbison v. Bell*, 556 U.S. 180, 190 n.7 (2009). By granting Petitioner's motion, the Court does not purport to encourage, approve, or convey any position with respect to the merits of the proposed litigation.

Based on the foregoing,

**IT IS ORDERED** that Petitioner's Renewed Request for Authorization for Habeas Counsel to Conduct State Court Litigation (Doc. 96) is **GRANTED**. In addition to clemency-related proceedings, federally-appointed counsel is authorized to represent

///

///

1  Petitioner in state court for the purpose of seeking state post-conviction relief under Rule 32

2  of the Arizona Rules of Criminal Procedure.

3      **DATED** this 23rd day of January, 2014.

4

5

6                      Stephen M. McNamee

                    Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28